**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00834-CV

### JOHN BRIGGS, Appellant

### V.

### WASHINGTON FEDERAL F/K/A WASHINGTON FEDERAL SAVINGS, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08367**

## ORDER

We **GRANT** appellant's November 6, 2015 motion for an extension of time to file an amended brief. Appellant shall file an amended brief by **NOVEMBER 16, 2015**.

We **GRANT** appellee's November 6, 2015 motion for an extension of time to file a brief. Appellee shall file a brief by **DECEMBER 16, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE